**BILL KING (I.D. #005255)**
**7150 East Camelback Road, Suite 444**
**Scottsdale, Arizona  85251**
**(480) 949-7121**
**Fax: 480-890-0820**
**billking@lawvue.com**
**Attorney for Debtor(s)**

IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CHAPTER 13 |
| ) | |
| JOSEPH CLYDE CLAYTON, II and ) | NO 2:09-bk-16770 CGC |
| VICTORIA ANN CLAYTON, ) | |
| ) | **RESPONSE TO MOTION FOR RELIEF** |
| Debtors. ) | **FROM THE  AUTOMATIC STAY** |
| _____ ) | |
| ) | |
| U.S. Bank, N.A., Successor in Interest to the ) | |
| Federal Deposit Insurance Corporation as ) | |
| receiver for Downey Savings and Loan ) | |
| Association, FA, ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| JOSEPH CLYDE CLAYTON, II and ) | |
| VICTORIA ANN CLAYTON, Debtors, ) | |
| ) | |
| and  Edward J. Maney, Trustee ) | |
| ) | |
| Respondents ) | |
| _____ ) | |

The Respondents, JOSEPH CLYDE CLAYTON, II and VICTORIA ANN CLAYTON, by and through the attorney undersigned, respond to Movant's motion as follows:

1) Admits to the existence of a claim and security interest in Respondent(s)' property approximately equal to that alleged by Movant.

2) Deny the remaining allegations of Movant's motion.

3) Further allege that Respondents anticipate that the issues raised in the Movant's motion will be resolved as part of loan modification negotiations and will therefor become moot.

Wherefor Respondents, pray that the Movant's motion be denied, that the Respondents be

awarded attorneys fees and costs and such other and further relief as this court deems appropriate.

RESPECTFULLY SUBMITTED May 2, 2010.

BILL KING, P.C.

/s/

By_____
  Attorney for Respondents

COPY of the foregoing
filed and mailed/emailed the date set forth
below to:

Mark S. Bosco
Leonard J. McDonald
Tiffany & Bosco
2525 East Camelback Road, Ste 300
Phoenix, Arizona 85016

and

Mr. Edward J. Maney
Chapter 13 Trustee
PO Box 10434
Phoenix, Arizona 85064-0434

Office of the US Trustee
230 N. First Avenue, Suite 230
Phoenix, Arizona 85003


   /s/
_____ May 2, 2010